DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

PRISCILLA DAWN HOUCK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2568

———————————————

November 21, 2025

Appeal from the Circuit Court for Pinellas County; Chris Helinger, Judge.

Priscilla Dawn Houck, pro se.

James Uthmeier, Attorney General, Tallahassee, and Cynthia Richards, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

LaROSE, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.